**LYNN R. SHOEN, ESQ.**
Nevada Bar No. 1197
Lynn@stevenparke.com
**PARKE LAW FIRM**
3111 S. Maryland Parkway
Las Vegas, NV 89109
Phone: (702) 758-4111
Facsimile: (702) 852-1126
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE RENEE CHRISTINA SHOEN, an individual;<br>　　　　Plaintiff,<br>vs.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN MCMAHILL, SHERIFF OF CLARK COUNTY, NEVADA; POLICE OFFICER J. TURNER, P#17382; POLICE OFFICER A. JEGGE P#16432; DOE POLICE OFFICERS I-X; DOES, I through X; and ROE CORPORATIONS I through X;<br>　　　　Defendants. | CASE NO.: 2:25-cv-01092-MMD-EJY<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff, JACQUELINE RENEE CHRISTINA SHOEN, by and through her attorney of record, Lynn R. Shoen, Esq., of **PARKE LAW FIRM** and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN MCMAHILL, SHERIFF OF CLARK COUNTY, NEVADA; POLICE OFFICER J. TURNER, P#17382; and POLICE OFFICER A. JEGGE P#16432, by and through their attorney of Kristopher J. Kalkowski, Esq. of the law firm of **KAEMPFER CROWELL,** and hereby submit the proposed stipulated Discovery Plan and Scheduling Order Pursuant to LR 26-1(b).

**A. The 26(f) Conference:**

On Tuesday, September 9, 2025, Lynn R. Shoen, Esq., of **PARKE LAW FIRM** appearing on behalf of Plaintiff JACQUELINE RENEE CHRISTINA SHOEN, and Kristopher J. Kalkowski, Esq., of **KAEMPFER CROWELL,** appearing on behalf of Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN MCMAHILL, SHERIFF OF CLARK COUNTY, NEVADA; POLICE OFFICER J. TURNER, P#17382; and POLICE OFFICER A. JEGGE P#16432, met and conferred as required by LR 26-1.

**(1)** <u>Discovery Cut Off Date</u>: The last date for completing discovery shall be within the 180 days from the date of the Defendants' July 14, 2025 Motion to Dismiss. Therefore, the last date for discovery will be Monday, **JANUARY 12, 2026.**

**(2)** <u>Amending the Pleadings and Adding Parties</u>: The last date for filing motions to amend the pleadings or to add parties shall not be later than 90 days prior to the close of discovery. In this action the last date for filing motions to amend the pleadings or add parties shall be Tuesday, **OCTOBER 14, 2025.**

(3) <u>Fed. R. Civ. P. 26(a)(2)Disclosures (Experts)</u>: The last date for disclosure of expert witnesses shall be 60 days before discovery cut-off date. In this action, the last date for disclosure of experts shall be Thursday, **NOVEMBER 13, 2025,** Disclosure respecting rebuttal experts shall be made 30 days after the initial disclosures of experts, or by Monday**, DECEMBER 15, 2025.**

(4) <u>Dispositive Motions</u>: The last date for filing dispositive motions shall not be later than 30 days after the discovery cut-off date. In this action, the last date for filing dispositive motions will be Wednesday, **FEBRUARY 11, 2026.**

(5) <u>Pretrial Order</u>: The Joint Pretrial Order shall be filed no later than 30 days after the date set for filing dispositive motions. In this action, the Joint Pretrial Order shall be filed on or before Wednesday, **MARCH 11, 2026.** In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision of the dispositive motions or further order of the Court.

(6) <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>: The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the Pretrial Order.

(7) <u>Alternative Dispute Resolution:</u> The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

(8) <u>Alternative Forms of Case Disposition</u>: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01), and after such consideration, the parties do not consent to either alternative form of case disposition at this time.

(9) <u>Electronic Evidence:</u> The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations.

(10) <u>Initial Disclosures:</u> No changes are necessary in the form or requirement for the disclosures under Fed. R. Civ. P. 26(a). Initial disclosures will be made on or about Tuesday, **SEPTEMBER 23, 2025.**

(11) <u>E-Discovery</u>: The parties agree that disclosure and discovery of electronically stored information should be produced in Portable Document Format ("PDF Format") to allow for proper and consistent Bates numbering. The PDF documents are also to be produced in a recognized text (Optical Character Recognition COCR") format. If, in good faith, a party questions the authenticity of an electronically stored document, or for other good faith reason, the party may request the PDF format document to be produced in its native format.

(12) <u>Extensions or modifications of the discovery plan and scheduling order</u>. In accordance with LR 26-3, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty – one (21) days before the discovery cutoff date. Therefore, such stipulations or motions shall be made not later than Monday**, DECEMBER 22, 2025.**

(13) <u>Email Service</u>: The parties consent to electronic service, to the extend the size of the submission permits it, of all court filings, not served through ECF (e.g., filings under seal) and such service shall constitute proper service under FRCP 5(B)(2)(E) on all counsel who have entered an appearance on behalf of the party to be served as follows:

| | |
|---|---|
| Lynn Shoen, Esq., | Lyssa S. Anderson, Esq. |
| Lynn@parkelawfirm.com | landerson@kcnvlaw.com |
| debora@parkelawfirm.com | kkalkowski@kcnvlaw.com |
| kia@parkelawfirm.com | tstuddaard@kcnvlaw.com |
| soraya@parkelawfirm.com | |
| jheymi@parkelawfirm.com | |

DATED this 15th day of September 2025.   DATED this 15th day September 2025.

**PARKE LAW FIRM**          **KAEMPFER CROWELL**

*/s/ Lynn R. Shoen, Esq.*          */s/ Kristopher Kalkowski, Esq.*
_____    _____
**LYNN R. SHOEN, ESQ.**      **LYSSA S. ANDERSON, ESQ.**
Nevada Bar No. 1197          NV Bar No.5781
3111 S. Maryland Parkway     **KRISTOPHER J. KALKOWSKI, ESQ.**
Las Vegas, NV 89109          NV Bar No.14892
Attorney for Plaintiff       **TRAVIS C. STUDDARD, ESQ.**
                             NV Bar No.16454
                             1980 Festival Plaza Drive, Suite 650
                             Las Vegas, Nevada 89135
                             *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 15th day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

-4-