1  LYSSA S. ANDERSON
Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
3  TRAVIS C. STUDDARD
Nevada Bar No. 16454
4  KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
5  Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
6  Fax:             (702) 796-7181
landerson@kcnvlaw.com
7  kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
8
*Attorneys for Defendants*
9  *Alexander Jegge, Kevin McMahill, Jordan Turner,*
*and Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE RENEE CHRISTINA SHOEN, an individual,<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN MCMAHILL, SHERIFF OF CLARK COUNTY, NEVADA; POLICE OFFICER J. TURNER, P#17382; POLICE OFFICER A. JEGGE P#16432; DOE POLICE OFFICERS I-X; DOES, I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.:   2:25-cv-01092-MMD-EJY<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br>**(ECF No. 16)**<br><br>*First Request* |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Kevin McMahill, ("Sheriff McMahill"), Police Officer J. Turner, P#17382 ("Turner"), and Police Officer A. Jegge P#16432 ("Jegge"), along with Plaintiff Jacqueline Shoen, stipulate and agree to extend discovery deadlines in this matter by ninety days for the purpose of allowing the parties to

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.332

Page 1 of 4

complete additional depositions and, potentially, additional written discovery.

I. **DISCOVERY COMPLETED TO DATE**

- **Disclosure of Documents:**
    - Plaintiff served her initial disclosures on September 24, 2025.
    - Defendants served their initial disclosures on September 15, 2025.
    - Defendants served their first supplemental disclosures on October 22, 2025.
    - Defendants served their second supplemental disclosures on December 30, 2025.

- **Depositions:**
    - The Deposition of Officer Jegge occurred on December 12, 2025.
    - The Deposition of Officer Turner occurred on December 30, 2025.
    - The parties have scheduled a deposition of Defendants' expert to occur on January 5, 2025.

- **Written Discovery:**
    - Plaintiff served requests for production of documents on September 22, 2025, to which Defendants served their responses to Plaintiff's written discovery requests on October 22, 2025.
    - Defendants served their first set of requests for production of documents to Plaintiff on September 19, 2025, to which Plaintiff has responded.
    - Defendants served their first set of interrogatories and requests for admissions to Plaintiff on December 8, 2025.

II. **DISCOVERY YET TO BE COMPLETED**

The Parties intend to still complete the following discovery:

- take the deposition of Plaintiff
- take the deposition of Plaintiff's and LVMPD Defendants' experts;
- take the deposition(s) of LVMPD's FRCP 30(b)(6) designee(s);
- additional discovery the parties wish to conduct that is permitted by the Federal Rules of Civil Procedure.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.332

Page 2 of 4

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This is the parties' first request for an extension of time for discovery deadlines in this matter. The parties have been and continue to be diligent in their discovery efforts, as shown in the various discovery efforts to date.

However, LVMPD Defendants' Motion to Dismiss is still pending with the Court and may reduce the scope of Plaintiff's claims, particularly as to any claims against LVMPD. Moreover, scheduling the deposition(s) of a designee for LVMPD under FRCP 30(b)(6) has proven challenging due to officials' busy schedules and pre-planned time off due to the holiday time period.

This requested extension of deadlines will allow the parties to continue engaging in discovery without any prejudice and allow for the additional time needed to receive and review documents exchanged among the parties. As such, the Parties believe a ninety (90) day extension of all remaining deadlines is necessary and reasonable to allow the completion of the aforementioned discovery and to account for the continued scheduling conflicts. The parties respectfully submit that the reasons set forth above constitute good cause for this extension. This request is made in good faith, and not for the purpose of delay.

## IV. PROPOSED EXTENDED DEADLINES

|  | Current | Proposed |
|---|---|---|
| Deadline to amend the pleadings or add parties | 10/14/2025 | Not extending |
| Deadline for initial expert disclosures | 11/13/2025 | Not extending |
| Deadline for rebuttal expert disclosures | 12/15/2025 | Not extending |
| Discovery cut-off | 1/12/2026 | **Monday, April 13, 2026**[1] |

---

[1] 90 days from January 12, 2026, is Sunday, April 12, 2026. Accordingly, the deadline becomes the next court day of Monday, April 13, 2026.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.332

Page 3 of 4

|   | Current | Proposed |
|---|---|---|
| Deadline to file dispositive motions | 2/11/2026 | **Tuesday, May 12, 2026** |
| Pre-trial order | 3/11/2026 | **Tuesday, June 9, 2026** |

DATED this 5th day of January, 2026.

*/s/ Lynn R. Shoen*

Lynn R. Shoen
PARKE LAW FIRM
3111 S. Maryland Parkway
Las Vegas, NV 89109
Phone: (702) 758-4111
Facsimile: (702) 852-1126
***Attorney for Plaintiff***

DATED this 5th day of January, 2026.

*/s/Lyssa S. Anderson*

LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
***Attorneys for Defendants Alexander Jegge, Kevin McMahill, Jordan Turner, and Las Vegas Metropolitan Police Department***

**IT IS SO ORDERED.**

Dated this 7th day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.332

Page 4 of 4